IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-166-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES MUHAMMAD CUNNINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel represents defendant Charles Muhammad Cunningham. See [D.E. 13]. The court DENIES defendant's pro se motions for failure to comply with this court's local rules and as meritless. See [D.E. 48, 50, 53, 56]; E.D.N.C. Local Crim. R. 44.1(b), 47.1, 47.2, 47.3(h).

SO ORDERED. This 7 day of March, 2022.

JAMES C. DEVER III
United States District Judge