IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-166-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES MUHAMMAD CUNNINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

On June 3, 2022, the court held a hearing concerning defendant's motions, including his

motion to suppress. See [D.E. 53]. At the end of the hearing, the court made its findings of fact and

conclusions of law in open court. As explained in open court and incorporated by reference, the

court DENIED as meritless defendant's motion to suppress. See [D.E. 53].

At the hearing, the court also explained why it GRANTED IN PART and DENIED IN PART

defendant's motion for reconsideration [D.E. 60], DENIED defendant's motion to dismiss [D.E. 62],

DENIED defendant's motion for documents [D.E. 64], and DENIED defendant's motion to dismiss

for lack of subject-matter jurisdiction [D.E. 69].

SO ORDERED. This _3_ day of June, 2022.

JAMES C. DEVER III
United States District Judge