IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-166-D
No. 5:24-CV-180-D

| | |
|---|---|
| CHARLES MUHAMMAD CUNNINGHAM, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States SHALL respond to defendant's petition to update his name [D.E. 156] not later than October 23, 2025

SO ORDERED. This 24 day of September, 2025.

JAMES C. DEVER III
United States District Judge