IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-166-D
No. 5:24-CV-180-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES MUHAMMAD CUNNINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the limited remand [D.E. 155], the parties have until October 17, 2025, to submit any relevant information about when defendant delivered his notice of appeal to prison officials for mailing to the court. See id. at 2.

SO ORDERED. This __3__ day of October, 2025.

JAMES C. DEVER III
United States District Judge