IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-166-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CHARLES MUHAMMAD CUNNINGHAM, | ) |
| | ) |
| Defendant. | ) |

The court DENIES as meritless defendant's motion for relief under Amendment 821 and 822 of the United States Sentencing Guidelines [D.E. 147]. In light of defendant's criminal history (Presentence Investigation Report ("PSR") [D.E. 107] ¶¶ 18–25), defendant remains a criminal history category V. See U.S.S.G. Amendment 821, Part A. As for Amendment 822, it provides no relief to defendant. See U.S.S.G. Amendment 822; cf. PSR ¶¶ 8–22. Likewise, the court DENIES as meritless defendant's motion for a sentence reduction under U.S.S.G. §§ 1B1.13 and 5H1.1 [D.E. 150]. Finally, for the reasons stated in the United States' response in opposition [D.E. 161], the court DENIES WITHOUT PREJUDICE defendant's motion to change his name [D.E. 156].

SO ORDERED. This __22__ day of October, 2025.

JAMES C. DEVER III
United States District Judge