IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-166-D
No. 5:24-CV-180-D

| | |
|---|---|
| CHARLES MUHAMMAD CUNNINGHAM, ) ) ) Petitioner, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) | ORDER |

On April 15, 2025, the United States Court of Appeals for the Fourth Circuit remanded "for the limited purpose of determining when Cunningham delivered his notice of appeal to prison officials for mailing to the court." [D.E. 155]. On October 3, 2025, the court ordered the parties to submit any relevant information about when Cunningham delivered his notice of appeal to prison officials for mailing. See [D.E. 158]. On October 17, 2025, the United States advised the court that the Bureau of Prisons has "no record of" when Cunningham delivered his notice of appeal to Bureau of Prisons officials for mailing. [D.E. 159]. Cunningham provided no evidence in response to the court's order. Thus, the court does not know when Cunningham delivered his notice of appeal to prison officials for mailing.

SO ORDERED. This 22 day of October, 2025.

JAMES C. DEVER III
United States District Judge